THE COURT CONSTRUES THIS PRO SE
DEBTOR'S MOTION AS A MOTION FOR
RECONSIDERATION OF ORDER [21] DENYING
CONFIRMATION, AND THE COURTROOM DEPUTY
SHALL SET THE MATTER IN FOR HEARING.

Date signed April 02, 2007



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

FILED (D)
2007 MAR 22 P 12: 58

Charles H. Hellams Sr
3 Third Avenue
Lansdowne, Maryland 21227
March 20, 2007
410-242-3913

Judge Nancy V. Alquist, et al    # ~~07-10440~~ JS    07-10440

I regret that I did not attend court as scheduled. Because of medical issues I was having difficulty addressing my personal affairs, therefore, I elected to have my son, Ray Lee Hellams III, to act in my stead, with power of attorney. Unfortunately he suffered a stroke on January 23, 2007, which required hospital stay and care. He has not completely recovered and inadvertently misread the documents as to the court date.

We ask the courts indulgence due to the circumstance and grant us another assigned date in court.

Respectfully

Charles H. Hellams Sr